IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-108-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CURT MATTHEW VANDERZEE | ) |

**ORDER AND JUDGMENT OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Curt Matthew Vanderzee, on September 29, 2011, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982, to wit: gross proceeds in the amount of $386,673.41, an amount not currently in the possession of or its whereabouts known to the Government; and

$5,573.95 in proceeds from the sale of 129 and 131 Twinwood Drive, Jacksonville, North Carolina;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 21 U.S.C. § 853(g);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Curt Matthew Vanderzee, the United States is hereby AUTHORIZED to seize the above-stated $5,573.95 in proceeds, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3).

In addition, JUDGMENT is entered for the amount of the gross proceeds not in the possession of the Government, that is, $386,673.41, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment shall become final as to the defendant at the time of sentencing or, if the defendant so consents, "is final as to the defendant upon entry."

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 30 day of December, 2011.

TERRENCE W. BOYLE
United States District Judge